IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COHO LICENSING LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 13-1569-RGA |
| LINKEDIN CORPORATION, | : |
| Defendant. | : |

**ORDER**

For the reasons stated in open court on March 21, 2014, the motion to transfer (D.I. 14) is **GRANTED**. The case is **TRANSFERRED** to the United States District Court for the Northern District of California.

So ordered this 21st day of March 2014.

_Richard G Andrews_
United States District Judge